396 A.2d 823

Commonwealth v. Funkhouser, Appellant.

Argued October 23, 1978. John J. Dean, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.